IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Michele Nischan, <br>     Plaintiff, <br><br> v. <br><br> Stratosphere Quality, LLC et al, <br>     Defendants. | Case No: 13 cv 50389 <br><br> Magistrate Judge: Iain D. Johnston |

## ORDER

On 4/28/2014, the Court directed the plaintiff to file by 5/2/2014 a status report detailing efforts to serve defendant Chrysler Motor Corporation..   To date, no status report has been filed. The plaintiff named Chrysler Motor Corporation as a defendant in the original complaint filed 12/20/2014.   She attempted service on a registered agent in January 2014, but was told that the agent was no longer Chrysler Motor Corporation's registered agent, and that Chrysler Motor Corporation had been inactive for five years.   In light of the plaintiff's failure to serve Chrysler Motor Corporation within the 120 days allowed under Federal Rule of Civil Procedure 4(m), and her failure to file the status report on efforts to serve Chrysler Motor Corporation, it is the Report and Recommendation of this Court that the District Court dismiss the claims against defendant Chrysler Motor Corporation without prejudice under Federal Rule of Civil Procedure 4(m).   The plaintiff has 14 days from the entry of this order to file an objection with the District Court.

Date:  May 5, 2014                        /s/ Iain D. Johnston