# EXHIBIT A.2



**JENSEN**
Litigation Solutions
Worldwide Coverage
312.236.6936 | 877.653.6736 | Fax 312.236.6968
www.jensenlitigation.com

# STATEMENT

| Account No. | Date |
|---|---|
| C36479 | 5/29/2015 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $598.43 | $0.00 |
| 90 Days | 120 Days & Over | Total Due |
| $0.00 | $0.00 | $598.43 |

Kate Erdel
Bingham Greenebaum Doll LLP
10 West Market Street
2700 Market Tower
Indianapolis, IN 46204-4900

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 4/9/2015 | 317517 | 251.76 | 3/18/2015 | Patricia Kay Kuhn | Nischan vs. Stratosphere Quality, LLC |
| 4/16/2015 | 317464 | 346.67 | 3/20/2015 | Abbas Sabbah | Nischan vs. Stratosphere Quality, LLC |

Tax ID: 36-3811129

Phone: 317-635-8900    Fax:

*Please detach bottom portion and return with payment.*

Kate Erdel
Bingham Greenebaum Doll LLP
10 West Market Street
2700 Market Tower
Indianapolis, IN 46204-4900

Account No.  : C36479
Date         : 5/29/2015

Total Due    : $598.43


EXHIBIT A.2

Remit To: Jensen Litigation Solutions
180 North LaSalle Street, Suite 2800
Chicago, IL 60601

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



**JENSEN**
*Litigation Solutions*
Worldwide Coverage
312.236.6936 | 877.653.6736 | Fax 312.236.6968
www.Jensenlitigation.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 317517 | 4/9/2015 | 133207 |
| Job Date | Case No. | |
| 3/18/2015 | 13 CV 50389 | |

| Case Name |
|---|
| Nischan vs. Stratosphere Quality, LLC |

| Payment Terms |
|---|
| Net 30 |

Kate Erdel
Bingham Greenebaum Doll LLP
10 West Market Street
2700 Market Tower
Indianapolis, IN 46204-4900

---

CERTIFIED TRANSCRIPT
    Patricia Kay Kuhn      92.00 Pages      232.76
        Electronic PDF File as Transcript      0.00
        Exhibits      38.00 Pages      19.00

**TOTAL DUE >>>**      **$251.76**

Reference No. : 44204
Ordered on 4-6-2015
Notification sent on 4-7-2015

Let Jensen Litigation Solutions make your job easier!
Online Scheduling/Account Management | 24/7 Transcript Repository | Videoconferencing | Videography |
Teleconference | Web Conferencing | Jury Research | Equipment Rental | Trial Presentation | Creative Photography
Call today for more information!

(-) Payments/Credits:      0.00
(+) Finance Charges/Debits:      0.00
(=) New Balance:      251.76

Tax ID: 36-3811129      Phone: 317-635-8900    Fax:

*Please detach bottom portion and return with payment.*

Kate Erdel
Bingham Greenebaum Doll LLP
10 West Market Street
2700 Market Tower
Indianapolis, IN 46204-4900

Job No. : 133207      BU ID : 1-MAIN
Case No. : 13 CV 50389
Case Name : Nischan vs. Stratosphere Quality, LLC

Invoice No. : 317517      Invoice Date : 4/9/2015
Total Due : $251.76

Remit To:    **Jensen Litigation Solutions**
            **180 North LaSalle Street, Suite 2800**
            **Chicago, IL 60601**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 317464 | 4/16/2015 | 133210 |
| Job Date | Case No. | |
| 3/20/2015 | 13 CV 50389 | |

| Case Name |
|---|
| Nischan vs. Stratosphere Quality, LLC |

| Payment Terms |
|---|
| Net 30 |

**JENSEN Litigation Solutions**
Worldwide Coverage
312.236.6936 | 877.653.6736 | Fax 312.236.6968
www.jensenlitigation.com

Kate Erdel
Bingham Greenebaum Doll LLP
10 West Market Street
2700 Market Tower
Indianapolis, IN 46204-4900

---

CERTIFIED TRANSCRIPT
    Abbas Sabbah      91.00 Pages      306.67
        Electronic PDF File      0.00
        Exhibits      80.00 Pages      40.00

**TOTAL DUE >>>**      **$346.67**

Ordered on 3-23-2015
Notification sent on 4-6-2015

Let Jensen Litigation Solutions make your job easier!
Online Scheduling/Account Management | 24/7 Transcript Repository | Videoconferencing | Videography |
Teleconference | Web Conferencing | Jury Research | Equipment Rental | Trial Presentation | Creative Photography
Call today for more information!

(-) Payments/Credits:      0.00
(+) Finance Charges/Debits:      0.00
(=) New Balance:      346.67

---

Tax ID: 36-3811129      Phone: 317-635-8900    Fax:

*Please detach bottom portion and return with payment.*

Kate Erdel
Bingham Greenebaum Doll LLP
10 West Market Street
2700 Market Tower
Indianapolis, IN 46204-4900

Job No. : 133210      BU ID : 1-MAIN
Case No. : 13 CV 50389
Case Name : Nischan vs. Stratosphere Quality, LLC

Invoice No. : 317464      Invoice Date : 4/16/2015
Total Due : $346.67

Remit To:      **Jensen Litigation Solutions**
               **180 North LaSalle Street, Suite 2800**
               **Chicago, IL 60601**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: