# EXHIBIT A.3



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 81443 | 2/2/2015 | 37095 |
| Job Date | Case No. | |
| 1/12/2015 | 13-CV-50389 | |
| Case Name | | |
| MICHELE NISCHAN vs. STRATOSPHERE QUALITY LLC, CHRYSLER GROUP LLC & ABBAS SABAH | | |
| Payment Terms | | |
| Due upon receipt | | |

D. RUSTY DENTON
BINGHAM GREENEBAUM DOLL
2700 MARKET TOWER
10 W. MARKET STREET
INDIANAPOLIS, IN  46204

---

1 COPY OF TRANSCRIPT OF:
    MICHELE NISCHAN, VOL. 1      2,580.65
    MICHELE NISCHAN, VOL. 1 VIDEOTAPED      125.00

    TOTAL DUE >>>      $2,705.65

Appino & Biggs' Wichita office located at 800 E. 1st Street, Suite 305, is now open. You can schedule depositions on line at www.appinobiggs.com or call 316-201-1612 or e-mail scheduler1@appinobiggs.com

Tax ID: 48-1211481      Phone: 317-635-8900    Fax: 317-236-9907

*Please detach bottom portion and return with payment.*

D. RUSTY DENTON
BINGHAM GREENEBAUM DOLL
2700 MARKET TOWER
10 W. MARKET STREET
INDIANAPOLIS, IN  46204

| | | | |
|---|---|---|---|
| Job No. | : 37095 | BU ID | : 1-MAIN |
| Case No. | : 13-CV-50389 | | |
| Case Name | : MICHELE NISCHAN vs. STRATOSPHERE QUALITY LLC, CHRYSLER GROUP LLC & ABBAS SABAH | | |
| Invoice No. | : 81443 | Invoice Date | : 2/2/2015 |
| Total Due | : $2,705.65 | | |

Remit To:    Appino & Biggs Reporting Service, Inc.
             5111 S.W. 21st Street
             Topeka, KS  66604

**PAYMENT WITH CREDIT CARD**    AMEX / MasterCard / VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: ____ Card Security Code: ____
Amount to Charge: _____
Cardholder's Signature: _____



EXHIBIT A.3



**Appino & Biggs** Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAYS LITIGATION
785.273.3063     913.383.1131     888.273.3063

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 81445 | 2/2/2015 | 37138 |
| Job Date | Case No. | |
| 1/13/2015 | 13-CV-50389 | |

| Case Name |
|---|
| MICHELE NISCHAN vs. STRATOSPHERE QUALITY LLC, CHRYSLER GROUP LLC & ABBAS SABAH |

| Payment Terms |
|---|
| Due upon receipt |

D. RUSTY DENTON
BINGHAM GREENEBAUM DOLL
2700 MARKET TOWER
10 W. MARKET STREET
INDIANAPOLIS, IN 46204

1 COPY OF TRANSCRIPT OF:
    MICHELE NISCHAN, VOL. 2          3,502.19
    MICHELE NISCHAN, VOL. 2 VIDEOTAPED          125.00

TOTAL DUE >>>     $3,627.19

Appino & Biggs' Wichita office located at 800 E. 1st Street, Suite 305, is now open. You can schedule depositions on line at www.appinobiggs.com or call 316-201-1612 or e-mail scheduler1@appinobiggs.com

Tax ID: 48-1211481          Phone: 317-635-8900    Fax:317-236-9907

*Please detach bottom portion and return with payment.*

D. RUSTY DENTON
BINGHAM GREENEBAUM DOLL
2700 MARKET TOWER
10 W. MARKET STREET
INDIANAPOLIS, IN 46204

Job No. : 37138     BU ID : 1-MAIN
Case No. : 13-CV-50389
Case Name : MICHELE NISCHAN vs. STRATOSPHERE QUALITY LLC, CHRYSLER GROUP LLC & ABBAS SABAH
Invoice No. : 81445    Invoice Date : 2/2/2015
Total Due : $3,627.19

Remit To: Appino & Biggs Reporting Service, Inc.
5111 S.W. 21st Street
Topeka, KS 66604



**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: