# EXHIBIT A.5

# RICOH

**INVOICE**

Ricoh USA, Inc. - Indianapolis, IN
Phone: (317) 488-7000   Fax: (317) 488-8515
Federal ID: 230334400

| Invoice # | IND14100169 |
|---|---|
| Invoice Date: | 10/29/2014 |
| Due Date: | 11/28/2014 |
| Terms: | Net 30 Days |
| Customer Code: | IND-DEBS |
| Nat'l ID: | 61535 |

**BILL TO:**
BINGHAM GREENBAUM DOLL, LLP
10 W. MARKET ST.
INDIANAPOLIS, IN 46204

**SHIP TO:**
BINGHAM GREENBAUM DOLL, LLP
10 W. MARKET ST.
INDIANAPOLIS, IN 46204

Attn: Kate Erdel

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| SQ-Nischan | 614661.100029 | | Matthew Keefer |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1410-0214 | 10/23/2014 | Kate Erdel - BINGHAM GREENBAUM DOLL, LLP | | | |
| *4509 | Forensic InLab Services: Cell phones | | 1.00 | 500.0000 | 500.00 |


EXHIBIT A.5

**Valued Customer,**
Due to increases in service costs, effective January 1, 2014 Ricoh reserves the right to charge a minimum fee of $150 for all document outsourcing orders.
This policy will allow us to continue to provide the quality and service you have come to expect from Ricoh.
We thank you for your business and appreciate your understanding the necessity of this policy.

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

| Taxable Sales: | 0.00 |
|---|---|
| Sales Tax: | 1.05 |
| * Non-Taxable: | 500.00 |
| Postage: | 0.00 |
| (T) Delivery: | 15.00 |
| **PAY THIS AMOUNT** | **$ 516.05** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received/Accepted by: (Print) _____ {Signature} _____ Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
BINGHAM GREENBAUM DOLL, LLP
10 W. MARKET ST.
INDIANAPOLIS, IN 46204

**Amount Enclosed**
$

Invoice: IND14100169
Invoice Date: 10/29/2014
Due Date: 11/28/2014
Customer Code: IND-DEBS
nat'l id: 61535

**Please Remit To:**
Ricoh USA, Inc.
Legal Document Services Chicago District - IND
1600 Solutions Center
Chicago, IL 60677-1005

**PAY THIS AMOUNT** $ 516.05