# EXHIBIT A.1



**Appino & Biggs Reporting Service, Inc.**
TECHNOLOGY SPECIALISTS IN TODAYS LITIGATION
785.273.3063    913.383.1131    888.273.3063

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 81443 | 2/2/2015 | 37095 |

| Job Date | Case No. |
|---|---|
| 1/12/2015 | 13-CV-50389 |

| Case Name |
|---|
| MICHELE NISCHAN vs. STRATOSPHERE QUALITY LLC, CHRYSLER GROUP LLC & ABBAS SABAH |

| Payment Terms |
|---|
| Due upon receipt |

D. RUSTY DENTON
BINGHAM GREENEBAUM DOLL
2700 MARKET TOWER
10 W. MARKET STREET
INDIANAPOLIS, IN  46204

1 COPY OF TRANSCRIPT OF:
    MICHELE NISCHAN, VOL. 1      325.00 Pages @ 3.37    1,095.25
        Condensed/Word Index - 1 cy     61.00 @ 1.60    97.60
        Delivery Charge     15.00    15.00
        Exhibits-B&W     348.00 Pages @ 0.35    121.80
        Exhibits-Color     1.00    1.00
        Electronic Transcript     50.00    50.00
        Internet Realtime     325.00 Pages @ 1.80    585.00
        Rough Draft     325.00 Pages @ 1.50    487.50
        Jensen Connect     127.50    127.50
    MICHELE NISCHAN, VOL. 1 VIDEOTAPED
        Video - copy     125.00    125.00

TOTAL DUE >>>   $2,705.65

Appino & Biggs' Wichita office located at 800 E. 1st Street, Suite 305, is now open. You can schedule depositions on line at www.appinobiggs.com or call 316-201-1612 or e-mail scheduler1@appinobiggs.com

(-) Payments/Credits:   2,705.65

Tax ID: 48-1211481      Phone: 317-635-8900    Fax: 317-236-9907

*Please detach bottom portion and return with payment.*

D. RUSTY DENTON
BINGHAM GREENEBAUM DOLL
2700 MARKET TOWER
10 W. MARKET STREET
INDIANAPOLIS, IN  46204

Job No.      : 37095      BU ID        : 1-MAIN
Case No.     : 13-CV-50389
Case Name    : MICHELE NISCHAN vs. STRATOSPHERE
               QUALITY LLC, CHRYSLER GROUP LLC & ABBAS SABAH
Invoice No.  : 81443      Invoice Date : 2/2/2015
Total Due    : $0.00

Remit To: Appino & Biggs Reporting Service, Inc.
         5111 S.W. 21st Street
         Topeka, KS  66604


EXHIBIT A.1

**PAYMENT WITH CREDIT CARD**
Cardholder's Name:
Card Number:
Exp. Date:      Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



**INVOICE**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 81443 | 2/2/2015 | 37095 |
| Job Date | Case No. | |
| 1/12/2015 | 13-CV-50389 | |

| Case Name |
|---|
| MICHELE NISCHAN vs. STRATOSPHERE QUALITY LLC, CHRYSLER GROUP LLC & ABBAS SABAH |

| Payment Terms |
|---|
| Due upon receipt |

D. RUSTY DENTON
BINGHAM GREENEBAUM DOLL
2700 MARKET TOWER
10 W. MARKET STREET
INDIANAPOLIS, IN  46204

(+) Finance Charges/Debits:    0.00
(=) New Balance:    0.00

**Tax ID:** 48-1211481     Phone: 317-635-8900    Fax:317-236-9907

*Please detach bottom portion and return with payment.*

D. RUSTY DENTON
BINGHAM GREENEBAUM DOLL
2700 MARKET TOWER
10 W. MARKET STREET
INDIANAPOLIS, IN  46204

Job No.     : 37095     BU ID     : 1-MAIN
Case No.     : 13-CV-50389
Case Name     : MICHELE NISCHAN vs. STRATOSPHERE QUALITY LLC, CHRYSLER GROUP LLC & ABBAS SABAH
Invoice No.     : 81443     Invoice Date     : 2/2/2015
**Total Due**     : **$0.00**

Remit To:    **Appino & Biggs Reporting Service, Inc.**
               **5111 S.W. 21st Street**
               **Topeka, KS  66604**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:       Phone#:
Billing Address:
Zip:       Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 81445 | 2/2/2015 | 37138 |
| Job Date | Case No. | |
| 1/13/2015 | 13-CV-50389 | |
| Case Name | | |
| MICHELE NISCHAN vs. STRATOSPHERE QUALITY LLC, CHRYSLER GROUP LLC & ABBAS SABAH | | |
| Payment Terms | | |
| Due upon receipt | | |

D. RUSTY DENTON
BINGHAM GREENEBAUM DOLL
2700 MARKET TOWER
10 W. MARKET STREET
INDIANAPOLIS, IN 46204

| | | | | |
|---|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | | |
| MICHELE NISCHAN, VOL. 2 | 457.00 Pages | @ | 3.37 | 1,540.09 |
| Condensed/Word Index - 1 cy | 86.00 | @ | 1.60 | 137.60 |
| Delivery Charge | | | 15.00 | 15.00 |
| Exhibits-B&W | 354.00 Pages | @ | 0.35 | 123.90 |
| Electronic Transcript | | | 50.00 | 50.00 |
| Internet Realtime | 457.00 Pages | @ | 1.80 | 822.60 |
| Jensen Connect | | | 127.50 | 127.50 |
| Rough Draft | 457.00 Pages | @ | 1.50 | 685.50 |
| MICHELE NISCHAN, VOL. 2 VIDEOTAPED | | | | |
| Video - copy | | | 125.00 | 125.00 |
| **TOTAL DUE >>>** | | | | **$3,627.19** |

Appino & Biggs' Wichita office located at 800 E. 1st Street, Suite 305, is now open. You can schedule depositions on line at www.appinobiggs.com or call 316-201-1612 or e-mail scheduler1@appinobiggs.com

(-) Payments/Credits: 3,627.19
(+) Finance Charges/Debits: 0.00

Tax ID: 48-1211481                                    Phone: 317-635-8900    Fax:317-236-9907

*Please detach bottom portion and return with payment.*

D. RUSTY DENTON
BINGHAM GREENEBAUM DOLL
2700 MARKET TOWER
10 W. MARKET STREET
INDIANAPOLIS, IN 46204

Job No. : 37138    BU ID : 1-MAIN
Case No. : 13-CV-50389
Case Name : MICHELE NISCHAN vs. STRATOSPHERE QUALITY LLC, CHRYSLER GROUP LLC & ABBAS SABAH
Invoice No. : 81445    Invoice Date : 2/2/2015
Total Due : $0.00

**PAYMENT WITH CREDIT CARD**
Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: Appino & Biggs Reporting Service, Inc.
5111 S.W. 21st Street
Topeka, KS 66604



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 81445 | 2/2/2015 | 37138 |
| Job Date | Case No. | |
| 1/13/2015 | 13-CV-50389 | |
| Case Name | | |
| MICHELE NISCHAN vs. STRATOSPHERE QUALITY LLC, CHRYSLER GROUP LLC & ABBAS SABAH | | |
| Payment Terms | | |
| Due upon receipt | | |

D. RUSTY DENTON
BINGHAM GREENEBAUM DOLL
2700 MARKET TOWER
10 W. MARKET STREET
INDIANAPOLIS, IN  46204

(=) New Balance:   0.00

**Tax ID:** 48-1211481     Phone: 317-635-8900   Fax:317-236-9907

*Please detach bottom portion and return with payment.*

D. RUSTY DENTON
BINGHAM GREENEBAUM DOLL
2700 MARKET TOWER
10 W. MARKET STREET
INDIANAPOLIS, IN  46204

Job No.      : 37138              BU ID      : 1-MAIN
Case No.     : 13-CV-50389
Case Name    : MICHELE NISCHAN vs. STRATOSPHERE
               QUALITY LLC, CHRYSLER GROUP LLC & ABBAS
               SABAH
Invoice No.  : 81445              Invoice Date  : 2/2/2015
**Total Due** : **$0.00**

Remit To:  Appino & Biggs Reporting Service, Inc.
           5111 S.W. 21st Street
           Topeka, KS  66604

**PAYMENT WITH CREDIT CARD**
Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email: